NICOLE M. HAMPTON
Nevada Bar No. 16090
nhampton@lawhhp.com
CHRISTINE M. EMANUELSON
Nevada Bar No. 10143
cemanuelson@lawhhp.com
**HINES HAMPTON PELANDA, LLP**
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Fax: (702) 947-6757

Attorneys for Defendant,
CRESTBROOK INSURANCE COMPANY

LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**SOUTHWEST INJURY LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 120
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (602) 900-9947
E-Mail: laa@swinjurylaw.com

Attorneys for Plaintiff,
SURJEET SINGH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SURJEET SINGH, an individual, | **CASE NO.: 2:24-cv-00246-CDS-EJY** |
| Plaintiff, | |
| v | **JOINT STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF SURJEET SINGH** |
| CRESTBROOK INSURANCE COMPANY, a Foreign (Insurance) Corporation; DOES I through X; and ROE CORPORATIONS I through XX, inclusive | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** to, by and between the parties to this action, Plaintiff SURJEET SINGH ("Plaintiff") and Defendants CRESTBROOK INSURANCE COMPANY ("Crestbrook"), through their respective attorneys of record, stipulate and agree that Plaintiff will

1

undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination shall take place on **September 7, 2024 at 11:00 a.m.** and will be conducted at Aria Hotel, 3730 South Las Vegas, NV 89158, 2nd Level, Promenade – Conference Center, Medium Rosewood Conference Room, by Dr. Brian Rudin and Dr. Glenn Cohen (collectively referred to as "the examiners").

The parties further stipulate and agree that:

1. This examination will be conducted for the purposes of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the accident, which is the subject of this litigation. The examination will consist of all necessary and customary activities required to make such a determination, including, but not limited to, medical history related to the injuries in question, description of the accident in question, physical examination, and evaluation related to the injuries in question.

2. At the time of said examination, Plaintiff shall answer all proper questions and inquiries submitted to him, including, but not limited to, those relating to occupational history and prior injuries and diseases for the purposes of making proper diagnoses of Plaintiff's medical condition as it relates to the claims in this lawsuit involving his neck, back, hands, and wrists. No questions will be asked by the examiners beyond those necessary to ascertain Plaintiff's medical conditions as it relates to his claims in this lawsuit.

3. The examination is expected to last no more than three (3) hours in total, as the examiners will work together to obtain Plaintiff's medical history, and then each examiner will conduct their own respective medical exam based upon Plaintiff's conditions specific to their specialty – Dr. Cohen (Orthopedic Surgeon/Treatment of Hand, Wrist, and Elbow Disorders) and Dr. Rudin (Orthopedic Spine Surgeon). Each exam by Dr. Rudin and Dr. Cohen will last no longer than sixty (60) minutes.

4. To assist in reducing the examination time, any paperwork the examiners require Plaintiff to complete shall be provided to Plaintiff's counsel at least seven (7) before the scheduled exam. The examinee will bring the forms to the examination appointment.

     5.     No representatives from Defendant or either party's counsel's office will be present at the examination.

     6.     An individual from De Bruyn Legal Nurse Consulting will attend the examination on behalf of Plaintiff to observe, audio record, and report.  The examiners may also audio record the examination.  Plaintiff will pay for any costs related to the audio recording conducted by De Bruyn Legal Nurse Consulting and Defendant will pay for any costs related to any audio recording conducted by the examiners. Upon request, an unedited copy the recording shall be provided in its complete and original state. The examiners and all persons present at the examination must be notified before the examination begins that it is being recorded.

     7.     No other physician shall be present during the examination other than members of the examiners' staff.

     8.     No invasive procedures will be performed by the examiners and no tests will be performed that penetrate or break the skin or tissues of Plaintiff.

     9.     The examiners' reports must be in writing, must set out in detail the examiner's findings, including diagnosis, conclusions, and the results of any tests, and said reports will be disclosed by Defendant on the date of the applicable expert disclosure deadline per the operative Discovery Plan and Scheduling Order in this case.  If the examiners' reports are not disclosed on the applicable expert disclosure deadline per the operative Discovery Plan and Scheduling order, Plaintiff may seek to exclude the reports and any opinions contained therein from any trial or hearing in this case.

     10.     Defendant shall bear the cost of the examination.

     11.     Plaintiff shall be responsible for Dr. Rudin's and Dr. Cohen's customary cancellation fee if Plaintiff fails to appear for, or fails to participation in, the scheduled examination as follows:

         a.   <u>Dr. Brian Rudin Cancelation policy</u>:

             $1,000 if less than 72 hours' notice is provided to cancel or there is a no show.

         b.   <u>Dr. Glenn Cohen Cancelation policy</u>:

             $1,000 if less than 7 days' notice is provided or there is a no show.

Plaintiff will submit payment to Defendant's counsel for said cancellation fees within two (2) weeks of the date on which the examination was scheduled.

12. The examination may be rescheduled if agreed to by both parties, and the request for rescheduling is made and agreed to by the parties before August 24, 2024 (two weeks before the scheduled examination).

**IT IS SO STIPULATED**.

Dated: August 26, 2024  **HINES HAMPTON PELANDA LLP**

By: */s/ Christine Emanuelson*
Christine M. Emanuelson
Attorney for Defendant,
CRESTBROOK INSURANCE COMPANY

Dated: August 26, 2024  **SOUTHWEST INJURY LAW, PLLC**

By: */s/ Luis A. Ayon*
Luis A. Ayon
Attorney for Plaintiff,
SURJEET SINGH

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2024

4