NICOLE M. HAMPTON
Nevada Bar No. 16090
nhampton@lawhhp.com
CHRISTINE M. EMANUELSON
Nevada Bar No. 10143
cemanuelson@lawhhp.com
**HINES HAMPTON PELANDA, LLP**
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Fax: (702) 947-6757

Attorneys for Defendant,
CRESTBROOK INSURANCE COMPANY

LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**SOUTHWEST INJURY LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 120
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (602) 900-9947
E-Mail: laa@swinjurylaw.com

Attorneys for Plaintiff,
SURJEET SINGH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SURJEET SINGH, an individual,<br><br>Plaintiff<br><br>v<br><br>CRESTBROOK INSURANCE COMPANY,<br><br>Defendant | **CASE NO.: 2:24-cv-00246-CDS-EJY**<br><br>**STIPULATION TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE** |

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Surjeet Singh ("Plaintiff") and Defendant Crestbrook Insurance Company ("Defendant"), by and through their attorneys of record, having entered into a written confidential settlement agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a),

hereby stipulate and agree to dismiss the above-referenced action in its entirety, including all claims that were and could have been asserted herein, with prejudice.

The parties have agreed that each side shall bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated:  February 24, 2025            **HINES HAMPTON PELANDA LLP**

                                     By:   */s/ Christine Emanuelson*
                                           Christine M. Emanuelson
                                           Attorney for Defendant,
                                           CRESTBROOK INSURANCE COMPANY

Dated:  February 24, 2025            **SOUTHWEST INJURY LAW, PLLC**

                                     By:   */s/ Luis A. Ayon*
                                           Luis A. Ayon
                                           Attorney for Plaintiff,
                                           SURJEET SINGH

### ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on February 24, 2025, I received concurrence from Plaintiff's counsel, Luis Ayon, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 24, 2025.

                                     */s/ Christine M. Emanuelson*
                                     Christine M. Emanuelson

### ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 25, 2025

2